**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00336-CR**
_____

**RUSSELL LEE CANTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 356th District Court**
**Hardin County, Texas**
**Trial Cause No. 28849**

**MEMORANDUM OPINION**

Russell Lee Canter, Appellant, filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.2(a). The motion is signed personally by the Appellant. Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 20, 2026
Opinion Delivered January 21, 2026
Do Not Publish
Before Golemon, C.J., Wright and Chambers, JJ.

1